<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-7895**

---

In Re: ELIZABETH MARIE RUSHING FLOYD,

                                        Petitioner.

---

On Petition for Writ of Mandamus.  (CA-02-443-2-3-V)

---

Submitted:  January 16, 2003        Decided:  January 27, 2003

---

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Elizabeth Marie Rushing Floyd, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Elizabeth Marie Rushing Floyd petitions for a writ of mandamus, alleging the district court has unduly delayed acting on her motion filed on October 25, 2002, pursuant to 28 U.S.C. § 2255 (2000). She seeks an order from this court directing the district court to act upon the motion. Our review of the record reveals the district court considered and denied Floyd's § 2255 motion by order entered December 11, 2002. Accordingly, we deny as moot the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED